# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00250-CV

**Lynn Trumbul, Appellant**

**v.**

**John Trumbul, Jr., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-003293, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lynn Trumbul has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed:  August 12, 2022